MILLER NASH LLP
Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
KC Hovda (*Pro Hac Vice Forthcoming*)
kc.hovda@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:     562.435.8002
Facsimile:     562.435.7967

Attorneys for Defendant
Live Oak Banking Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 31014 UNION CITY BLVD LLC, a California limited liability company; and UNION CITY VETERINARY CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> LIVE OAK BANKING COMPANY, a North Carolina business corporation, and Does 1 through 100. <br> Defendant. | Case No. <br><br> **NOTICE OF REMOVAL** |

TO: The Clerk of the United States District Court for the Northern District of California:

Defendant Live Oak Banking Company ("Live Oak") gives notice that it is removing the action entitled *31014 Union City Blvd LLC, et al., v. Live Oak Banking Company, et al.,* Case No. 26CV166192, now pending in the Superior Court of California, County of Alameda (the "State Action"), to the United States District Court for the Northern District of California. Removal is permitted by 28 U.S.C. §§, 1332, 1441, and 1446.

## BASIS FOR REMOVAL

1. Plaintiff filed the State Action on January 22, 2026, in the Superior Court of California, County of Alameda, as Case No. 26CV166192 (the "Superior Court Case"), asserting causes of action styled as: Breach of Written Contract, Fraud, Negligent Misrepresentation, Unfair and Deceptive Trade Practices, and False Claims Act (the "Complaint").

4918-2572-2764.3

2.      On March 20, 2026 Plaintiff filed 31014 Union City Blvd, LLC and Union City Veterinary Corporation's First Amended Complaint, in the Superior Court Case, asserting causes of action styled as: Breach of Written Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Fraud, Negligent Misrepresentation, and Unfair and Deceptive Trade Practices (the "First Amended Complaint").

3.      The First Amended Complaint identifies Plaintiff 31014 Union City Blvd LLC ("Union City Blvd") as a California limited liability company that owns real property in Union City, California.

4.      The First Amended Complaint identifies Plaintiff Union City Veterinary Corporation ("Union City Vet") as a California corporation that is organized and exists under the laws of the State of California and doing business in Alameda County, California.  Plaintiffs Union City Blvd and Union City Vet are collectively referred to herein as "Plaintiffs."

5.      The First Amended Complaint identifies Live Oak Banking Company as a North Carolina business corporation organized under the laws of North Carolina and doing business in Alameda County, California.

6.      Diversity Jurisdiction (28 U.S.C. § 1332). Removal is proper because the amount in controversy exceeds $75,000 and complete diversity exists between Plaintiffs and Live Oak as pleaded, exclusive of Doe defendants.  Plaintiffs allege damages "in excess of $13,500,000" on multiple causes of action.  Plaintiff Union City Blvd also alleges it is a California limited liability company, Plaintiff Union City Vet alleges it is a California Corporation, and Live Oak is alleged to be a North Carolina business corporation organized under North Carolina law.  According to the Statement of Information that Plaintiff Union City Blvd filed with the California Secretary of State, it has two members: (1) Debra H. Chen, and (2) Mark Doty.  According to the Statement of Information the Plaintiff Union City Vet filed with the California Secretary of State, it has three (3) members: (1) Debra Chen, (2) Mark Doty, and (3) Gurip Singh.  Upon information and belief, all of these members are California citizens domiciled in California.

7.      Venue. Alameda County lies within the Northern District of California; accordingly, venue is proper in this District under 28 U.S.C. § 1441(a).

NOTICE OF REMOVAL

4918-2572-2764.3

8.      Timeliness. This Notice of Removal is filed within 30 days of the filing date reflected on the face of the First Amended Complaint, which was electronically filed on March 20, 2026.  Live Oak accepted service of the Complaint effective April 3, 2026.

9.      Pleadings and Process. Live Oak is filing true and correct copies of all process, pleadings, and orders served in the State Action as **Exhibit A** to this Notice, as required by 28 U.S.C. § 1446(a). The complaint caption and case number are as stated above.

10.      Unserved and Fictitious Defendants. The presence of Doe defendants does not defeat removal. The complaint names Does 1 through 100 without identifying their citizenship or service status.

11.      Notice. Promptly after filing this Notice, Live Oak will provide written notice to Plaintiff and file a copy with the Clerk of the Superior Court of California, County of Alameda, as 28 U.S.C. § 1446(d) requires. No further proceedings are reflected on the face of the complaint.

WHEREFORE, Live Oak removes the State Action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: May 1, 2026                                     MILLER NASH LLP


By: /s/ Bernie Kornberg
    Bernie Kornberg
    Attorneys for Defendant
    Live Oak Banking Company

- 3 -                                     NOTICE OF REMOVAL

4918-2572-2764.3