MILLER NASH LLP
Bernie Kornberg, CA Bar No. 252006
bernie.kornberg@millernash.com
KC Hovda (*Pro Hac Vice Forthcoming*)
kc.hovda@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:    562.435.8002
Facsimile:    562.435.7967

Attorneys for Defendant
Live Oak Banking Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 31014 UNION CITY BLVD LLC, a California limited liability company; and UNION CITY VETERINARY CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LIVE OAK BANKING COMPANY, a North Carolina business corporation, and Does 1 through 100.<br>    Defendant. | Case No.<br><br>**DEFENDANT LIVE OAK BANKING COMPANY'S CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP DISCLOSURE** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to,  parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Live Oak Banking Company, the defendant.

- Live Oak Bancshares Inc., the parent company of Live Oak Banking Company

///

///

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
| --- | --- |
| Live Oak Banking Company | North Carolina |

Dated: May 1, 2026

MILLER NASH LLP

By: */s/ Bernie Kornberg*
    Bernie Kornberg
    Attorneys for Defendant
    Live Oak Banking Company

**LIVE OAK'S CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP DISCLOSURE**