MILLER NASH LLP
Bernie Kornberg, CA Bar No. 252006
bernie.kornberg@millernash.com
KC Hovda, Idaho Bar No. 11472
kc.hovda@millernash.com
(*Pro Hac Vice Pending*)
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:     562.435.8002
Facsimile:     562.435.7967

Attorneys for Defendant
Live Oak Banking Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 31014 UNION CITY BLVD LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LIVE OAK BANKING COMPANY, a North Carolina Corporation, and Does 1 through 100,<br><br>Defendants. | Case No. 3:26-CV-03958<br><br>**CERTIFICATE OF SERVICE** |

I, Gina Barajas. hereby declare as follows:

I am an employee of Miller Nash LLP. I am a citizen of the United States, over the age of 18, and competent to make this declaration. My business address is 340 Golden Shore, Suite 450, Long Beach, California 90802.

On May 1, 2026, I served true copies of the following documents:

1. **NOTICE OF REMOVAL [Doc 1];**

2. **EXHIBIT A TO NOTICE OF REMOVAL [Doc 1-1];**

3. **CIVIL COVER SHEET [Doc 1-2];**

4. **DEFENDANT LIVE OAK BANKING COMPANY'S CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP DISCLOSURE [Doc 2]**

- 1 -                                    CERTIFICATE OF SERVICE

on the following parties by the following indicated method:

Quinlan S. Tom
Nabeal Sunna
WOMBLE BOND DICKINSON LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Tel: 415.433.1900
Fax: 415.433.5530
Quinlan.Tom@wbd-us.com
Nabeal.Sunna@wbd-us.com
*Attorneys for Plaintiff,*
*31014 Union City Blvd LLC and*
*Union City Veterinary Corporation*

☒   **BY ELECTRONIC SERVICE**. by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth above, transmitted from the email address of gina.barajas@millernash.com.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on May 1, 2026, at Long Beach, California.

*/s/ Gina Barajas*
Gina Barajas

- 2 -                         **CERTIFICATE OF SERVICE**