MILLER NASH LLP
Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
KC Hovda (*Pro Hac Vice Forthcoming*)
kc.hovda@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:    562.435.8002
Facsimile:    562.435.7967

Attorneys for Defendant
Live Oak Banking Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 31014 UNION CITY BLVD LLC, a California limited liability company; and UNION CITY VETERINARY CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> LIVE OAK BANKING COMPANY, a North Carolina Corporation, and Does 1 through 100, <br><br> Defendants. | Case No. 4:26-cv-03958 <br><br> **ORDER ON LIVE OAK BANKING COMPANY'S MOTION TO DISMISS** <br><br> Date: June 18, 2026 <br> Time: 1:30pm <br> Courtroom: TBD <br> Judge: Magistrate Judge Kandis A. Westmore |

On June 18, 2026, the Court held hearing on the motion of defendant Live Oak Banking Company to dismiss all causes of action in the First Amended Complaint filed by Plaintiffs 31014 Union City Blvd LLC and Union City Veterinary Corporation. The Court, noting the appearances on the record, and for the reasons stated on the record, hereby approves and grants it.

THEREFORE, IT IS ORDERED THAT the first Amended Complaint filed by Plaintiffs 31014 Union City Blvd LLC and Union City Veterinary Corporation is dismissed without leave to amend.

Dated: _____            By: _____
                                    Magistrate Judge Kandis A. Westmore