**WOMBLE BOND DICKINSON (US) LLP**
QUINLAN S. TOM (SBN 142461)
  *Quinlan.Tom@wbd-us.com*
Nabeal Sunna (SBN 339654)
  *Nabeal.Sunna@wbd-us.com*
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for Plaintiffs
31014 UNION CITY BLVD LLC and UNION
CITY VETERINARY CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 31014 UNION CITY BLVD LLC, a California limited liability company; and UNION CITY VETERINARY CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE OAK BANKING COMPANY, a North Carolina Corporation, and Does 1 through 100,<br><br>Defendants. | Case No. 4:26-cv-03958-CRB<br><br>**STIPULATION TO CHANGE FILING DATES FOR OPPOSITION AND REPLY PAPERS REGARDING LIVE OAK BANKING COMPANY'S MOTION TO DISMISS** : ORDER |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs 31014 Union City Blvd LLC and Union City Veterinary Corporation and Defendant Live Oak Banking Company, by and through their respective counsels of record herein, stipulate as follows:

WHEREAS on May 8, 2026 Live Oak Banking Company filed its Motion to Dismiss Plaintiffs' First Amended Complaint;

WHEREAS the initial hearing date of June 18, 2026 has been vacated pending assignment of this matter to a Judge of the United States District Court, Northern District of California;

THE PARTIES HEREBY STIPULATE:

Plaintiffs' Opposition to the Motion to Dismiss shall be filed and served no later than June 12, 2026; and

1

STIPULATION RE: MOTION TO DISMISS FILINGS

Live Oak Banking Company's Reply to Plaintiffs' Opposition shall be filed and served no later than June 24, 2026.

DATED:  May 18, 2026                **WOMBLE BOND DICKINSON (US) LLP**

By: _____

Quinlan S. Tom
Nabeal Sunna
Attorneys for Plaintiffs
31014 UNION CITY BLVD LLC and UNION
CITY VETERINARY CORPORATION

DATED:  May 15, 2026                MILLER NASH LLP

By: _____

Bernie Kornberg
Attorneys for Defendant
LIVE OAK BANKING COMPANY

Motion to Dismiss hearing reset to August 14, 2026 at 10:00 a.m. by video conference (Zoom)

Date: June 1, 2026

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION RE: MOTION TO DISMISS FILINGS