UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

31014 UNION CITY BLVD LLC, et al.    ,

Plaintiff(s),

v.

LIVE OAK BANKING COMPANY, et al. ,

Defendant(s).

Case No. 3:26-cv-03958-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, KC Hovda , an active member in good standing of the bar of Oregon , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Live Oak Banking Company in the above-entitled action. My local co-counsel in this case is Bernie Kornberg , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 252006 .

1140 SW Washington St, Ste 700, Portland, OR 97205

MY ADDRESS OF RECORD

208.906.0479

MY TELEPHONE # OF RECORD

kc.hovda@millernash.com

MY EMAIL ADDRESS OF RECORD

340 Golden Shore, Suite 450, Long Beach, CA

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

562.435.8002

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bernie.kornberg@millernash.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 160764 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2026                      KC Hovda

APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of KC Hovda is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 23, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE