**WOMBLE BOND DICKINSON (US) LLP**
QUINLAN S. TOM (SBN 142461)
*Quinlan.Tom@wbd-us.com*
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Plaintiffs
31014 UNION CITY BLVD LLC and UNION CITY VETERINARY CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

31014 UNION CITY BLVD LLC, a California limited liability company; and UNION CITY VETERINARY CORPORATION, a California corporation,

Plaintiffs,

vs.

LIVE OAK BANKING COMPANY, a North Carolina Corporation, and Does 1 through 100,

Defendants.

Case No. 3:26-cv-03958-CRB

**STIPULATED REQUEST FOR ORDER AND [~~PROPOSED~~] ORDER CHANGING TIME TO AMEND COMPLAINT**

Courtroom: 6
Judge: Hon. Charles R. Breyer

Pursuant to Civil Local Rule 6-2, Plaintiffs 31014 Union City Blvd LLC and Union City Veterinary Corporation and Defendant Live Oak Banking Company, by and through their respective counsels of record herein, stipulate as follows:

WHEREAS on August 18, 2026 the Court filed the Order Granting Motion to Dismiss (the "Order");

WHEREAS the deadline for Plaintiffs to amend the complaint pursuant to the Order is September 17, 2026;

WHEREAS the parties are negotiating a potential settlement of the matter;

WHEREAS on June 1, 2026, the Court granted the Parties' Stipulation to Change Filing Dates for Opposition and Reply Papers Regarding Live Oak Banking Company's Motion to

Dismiss providing that the opposition and reply would be filed and served no later than June 12, 2026 and June 24, 2026, respectively; and

WHEREAS the requested time modification would not have any substantive impact on the schedule for the case.

THE PARTIES HEREBY STIPULATE:

Plaintiffs' amended complaint shall be filed and served no later than October 1, 2026.

DATED: September 16, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: ______________________

Quinlan S. Tom
Attorneys for Plaintiffs
31014 UNION CITY BLVD LLC and UNION CITY VETERINARY CORPORATION

DATED: September 16, 2026

**MILLER NASH LLP**

By: ______________________

Bernie Kornberg
Attorneys for Defendant
LIVE OAK BANKING COMPANY

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Quinlan S. Tom, attest that concurrence in the filing of this document has been obtained.

Date: September 16, 2026

By: ______________________

Quinlan S. Tom

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 17, 2026

By: ______________________________
Judge Charles R. Breyer