MILLER NASH LLP
Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
KC Hovda (*Pro Hac Vice*)
kc.hovda@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

Attorneys for Defendant
Live Oak Banking Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

31014 UNION CITY BLVD LLC, a California limited liability company; and UNION CITY VETERINARY CORPORATION, a California corporation,

Plaintiffs,

v.

LIVE OAK BANKING COMPANY, a North Carolina corporation, and Does 1 through 100,

Defendants.

Case No. 3:26-cv-03958-CRB

**STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**

Judge: Hon. Charles R. Breyer

Plaintiffs 31014 Union City Blvd LLC and Union City Veterinary Corporation (together, "Plaintiffs") and Defendant Live Oak Banking Company ("Live Oak," and together with Plaintiffs, the "Parties"), through their respective counsel of record, stipulate and agree as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

WHEREAS, the Parties have amicably resolved all differences between them concerning the claims asserted in this action.

1. This action is dismissed in its entirety, with prejudice.

2. Each Party shall bear its own attorneys' fees and costs.

3. The Parties respectfully request that the Court retain jurisdiction following dismissal to enforce the terms of the Parties' written settlement agreement. The agreement is

confidential. If the Court requires a copy of it to act on this request, the Parties will submit it under seal.

IT IS SO STIPULATED.

Dated: November 4, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Quinlan S. Tom
Quinlan S. Tom
Attorneys for Plaintiffs
31014 Union City Blvd LLC and Union City Veterinary Corporation

Dated: November 4, 2026

MILLER NASH LLP

By: /s/ Bernie Kornberg
Bernie Kornberg
Attorneys for Defendant
Live Oak Banking Company

**ATTESTATION OF CONCURRENCE**

The filer of this document attests that each of the other signatories has concurred in its content and has authorized its filing.

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS SO ORDERED. This action is dismissed in its entirety, with prejudice, and each Party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the Parties' written settlement agreement.

Dated: November 4, 2026

Hon. Charles R. Breyer
United States District Judge